# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

_____ Division

FILED

JAN 2 4 2022

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By_____

| | |
|---|---|
| DERRICK Allen | Case No. 1:22CV54 |
| _____ | *(to be filled in by the Clerk's Office)* |
| Plaintiff(s) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | Jury Trial: *(check one)* ☑Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| -v- | |
| GREENSBORO BOOKSTORE, | |
| JOMESTOWN BOOKSTORE, UPS | |
| _____ | |
| Defendant(s) | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DERRICK Allen |
| Street Address | 110 N. Gorley ST Unit H |
| City and County | Durham / Durham |
| State and Zip Code | North Carolina 27703 |
| Telephone Number | (919) 564-8881 |
| E-mail Address | 78DerrickAllen@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name      GREENSBORO BOOKSTORE

Job or Title *(if known)*      ORGANIZATION / SCHOOL

Street Address      3505 WENDOVER AVE

City and County      GREENSBORO    GUILFORD

State and Zip Code      NORTH CAROLINA    27405

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name      JAMESTOWN BOOKSTORE

Job or Title *(if known)*      ORGANIZATION

Street Address      601 E. MAIN STREET

City and County      JAMESTOWN

State and Zip Code      NORTH CAROLINA

Telephone Number      336-334-4822 EXT. 53011

E-mail Address *(if known)*

Defendant No. 3

Name      UPS

Job or Title *(if known)*

Street Address      309 E. CORNWALLIS DR.

City and County      GREENSBORO, GUILFORD

State and Zip Code      NORTH CAROLINA    27408

Telephone Number      (336) 274-0179

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. THE 7th AMENDMENT IN RELEVANT PART, WHERE THE VALUE IN CONTROVERSY SHALL EXCEED TWENTY DOLLARS, THE Right OF TRIAL BY JURY SHALL BE PRESERVED; AMENDMENT XIV, SECTION ONE, IN RELEVANT PART, NOR DENY TO any person within ITS JURISDICTION THE EQUAL PROTECTION OF LAWS; 18 USC 242

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

  a.     If the plaintiff is an individual

     The plaintiff, *(name)* _____, is a citizen of the

     State of *(name)* _____.

  b.     If the plaintiff is a corporation

     The plaintiff, *(name)* _____, is incorporated

     under the laws of the State of *(name)* _____,

     and has its principal place of business in the State of *(name)*

     _____.

  *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

  a.     If the defendant is an individual

     The defendant, *(name)* _____, is a citizen of

     the State of *(name)* _____. Or is a citizen of

     *(foreign nation)* _____.

# STATEMENT OF CLAIM

The product was allegedly shipped to my PO Box, and delivered to Dennis; However, I never received the beforementioned items, and had to re-purchase the items from gtcc bookstore on 01/21/2022 (A second time) . So, I paid more than $ 1,800.00, using financial aid.

It was communicated to me that, The receptionist at the Post office does not accept packages from ups, which is not true. I attempted to contact UPS, but too no avail.

The bookstore at gtcc has not refunded the money for purchasing school books the first time around.

The federal question is whether the plaintiff constitutional rights has been violated, while acting under color of state law.

Derrick Allen, Sr.

01/21/2022

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ ,

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE WEEK OF JANUARY 3RD I ENROLLED AT GTCC, PARALEGAL/ TECHNOLO GY, A TOTAL OF 13 CREDIT HOURS. I PURCHASED MISCELLANEOUS BOOKS USING FINANCIAL AID. THE BOOKSTORE ALLEGEDLY SHIPPED THESE ITEMS TO MY POST OFFICE BOX USING UPS (SHIPPING/TRACKING #'S 1Z6Y6336 03963494 AND 1Z6Y633603963403954) SEE ATTACHMENT(S)...

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PURSUANT TO 18 USC 949, PLAINTIFF REQUEST TO COMPENSATED IN THE AMOUNT OF $500,000.00, AND THAT THE DEFENDANT BE FINE PURSUANT TO 18 U.S.C. 949.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/21/2022

Signature of Plaintiff  3Derrick Allen Sr.

Printed Name of Plaintiff  Derrick Allen Sr.

### B. For Attorneys

Date of signing: N/A

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address