UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF NORTH CAROLINA

File No. 1:22-CV-00054

| Derrick M. Allen, Sr. | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | Motion to Dismiss |
| | ) | |
| -vs- | ) | |
| | ) | |
| GREENSBORO BOOKSTORE et. Al. | ) | |
| | ) | |
| Defendant | | |

Now Comes plaintiff moving this court to dismiss the above listed action. Petitioner asserts that UPS returned all text books to GTCC, and petitioner was refunded his financial aid.

Respectfully,

Derrick M. Allen Sr.